```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE LIONEL GUZMAN ROMERO,

            Plaintiff,

    -v-

UNITED STATES OF AMERICA,

            Defendant.

**ORDER**

25-CV-1084 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    In the parties' Proposed Case Management Plan filed April 23, 2025, the parties indicated that they consent to conducting all further proceedings before a United States Magistrate Judge. ECF No. 13.

    If that is indeed the parties' intent, by **May 7, 2025**, the parties are directed to complete and file on the docket the "Consent to Proceed Before US Magistrate Judge" form, available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

    If all parties do not consent to conducting all further proceedings before a United States Magistrate Judge, the parties should instead file a joint letter by that date stating as such without naming any party that does not consent.

**SO ORDERED.**

Dated: April 30, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge