UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/20/2025
```

JORGE LIONEL GUZMAN ROMERO,

    Plaintiff,

   -v-

UNITED STATES OF AMERICA,

    Defendant.

**ORDER**

25-CV-1084 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

 By Order dated August 28, 2025, the Court directed the parties to file a joint status report by October 15, 2025.  ECF No. 28.

 On October 2, 2025, Chief Judge Swain entered an Amended Standing Order staying certain civil cases where the Government is a party in light of the lapse in funding to the U.S. Department of Justice.  *In Re: Stay of Certain Civil Cases Pending the Restoration of Department of Justice Funding*, Case No. 25-MC-433, Dkt. No. 3.  A copy of the Amended Standing Order is attached.  Although the Amended Standing Order refers specifically to civil cases in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record, this Court construes the Amended Standing Order to apply equally to civil cases in which attorneys from other executive branch agencies are counsel of record.

 Accordingly, the deadline to file the joint status report is hereby tolled consistent with the Amended Standing Order.  **Within 10 days of the restoration**

1

of funding to the Department of Justice and/or other executive branch agencies, the parties are directed to submit a joint status report.

**SO ORDERED.**

Dated: October 20, 2025
        New York, New York

Henry J. Ricardo
United States Magistrate Judge